IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| Aero Transportation Products, Inc., | ) | Case No. 06-0837-CV-W-JTM |
| | ) | |
| Plaintiff, | ) | Date: August 27, 2007 |
| vs. | ) | |
| | ) | |
| Miner Enterprises Inc, and | ) | |
| Powerbrace Corp., | ) | Page 1 of 1 |
| | ) | |
| Defendants. | ) | |

**MINUTES OF MARKMAN HEARING**

<u>HONORABLE JOHN T. MAUGHMER presiding at Kansas City, Missouri.</u>
================================================================

Nature of Proceeding:   Markman hearing

Time Commenced:    10:02 a.m.          Time Terminated: 12:02 p.m.
                                       Total Time: 2 hrs

Plaintiff by:   Victoria L. Smith              Defendants by: David I. Roche,
                J. David Wharton                              Dan Tallitsch

| **Exhibits Admitted/ Remarks:** | **Witness Testifying** |
|---|---|
| 10:04 Parties appear ready to proceed with hearing.<br>10:06 Plaintiff's counsel presents argument<br>10:40 Defendant's counsel presents argument<br>11:00 Recess<br>11:13 Defendant resumes presentation of argument<br>11:36 Plaintiff presents rebuttal argument<br>11:47 Defendant presents sur-rebuttal.<br>11:49 Recess<br>11:53 Court finds in favor of defendant Miner Enterprises with regard to construction of claim terms "generally square" and "ledgeless."  Court requests that on or before August 31, 2007 defendant Miner Enterprises shall submit a proposed order consistent with the Court's expressed reasoning and findings at the close of the arguments. Plaintiff shall submit objections to proposed order on or before September 7, 2007. | |

**Court Recessed at:**   12:02 p.m.

Court Reporter:  <u>Donna Turner</u>            By: /s/ Pamela Alexander
                                                  Pamela Alexander, Law Clerk