IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| AERO TRANSPORTATION PRODUCTS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>MINER ENTERPRISES, INC. AND POWERBRACE CORP., <br><br>Defendants. | Civil Action No. 06-0837-CV-W- JTM |

## ORDER

The parties having presented their respective positions on issues regarding the proper construction of the claims of the patent-in-suit, i.e., U.S. Patent 6,899,038 (the '038 patent) to the Court in opening and responsive memoranda, and in oral argument on August 27, 2007, it is

**ORDERED** that:

1. By agreement of the parties, the term "fire," as used in the claims of the '038 patent, is a typographical error and should read "frame."

2. The term "generally square," as used in the claims of the '038 patent, refers to a discharge opening having a length and a width that approximate each other, but need not be exactly the same.

3. The term "ledgeless," as used in the claims of the '038 patent, refers to a gated discharge opening in which the gate is not supported on ledges or runners which extend inwardly of the side walls of the discharge opening.

                                                  */s/ John T. Maughmer*
                                                  **JOHN T. MAUGHMER**
                                                 **U. S. MAGISTRATE JUDGE**