## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| AERO TRANSPORTATION PRODUCTS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) Civil Action No. 06-CV-837 JTM <br> MINER ENTERPRISES, INC. AND ) <br> POWERBRACE CORPORATION, ) <br> ) <br> Defendants. ) | |

**NOTICE OF FILING CERTIFICATES OF DEPOSITION TRANSCRIPT**

Pursuant to Local Rule 26.4, Plaintiff Aero Transportation Products, Inc. submits herewith nine certificates of deposition transcript, one for each of the depositions it has taken in the subject proceeding.

Respectfully submitted,

_____/s/ J. David Wharton_____
J. David Wharton (MO Bar No. 20347)
Victoria L. Smith (MO Bar No. 41915)
STINSON MORRISON HECKER LLP
1201 Walnut Street, Ste. 2800
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of July, 2008, a true and correct copy of the above and foregoing document was filed electronically using the CM/ECF system which will send a notice of electronic filing to:

    David I. Roche
    Baker & McKenzie LLP
    130 East Randolph Drive
    Chicago, IL 60601
    David.I.Roche@BakerNet.com

    and

    George E. Leonard
    Shughart Thomson & Kilroy
    Twelve Wyandotte Plaza
    120 West 12th Street
    Kansas City, MO 64105
    gleonard@stklaw.com

    Attorneys for Miner Enterprises, Inc. and
    Powerbrace Corp.

    _____/s/ J. David Wharton_____
    Attorney for Plaintiff