IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

AERO TRANSPORTATION PRODUCTS, INC., )
)
    Plaintiff, )
)
vs. )
) Civil Action No. 06-CV-837 JTM
MINER ENTERPRISES, INC. AND )
POWERBRACE CORPORATION, )
)
    Defendants. )

## CERTIFICATE OF DEPOSITION TRANSCRIPT

Deposition of **Richard B. Biehl** was taken on behalf of the Plaintiff on **December 19, 2007**.

$ __830.60__ paid by Plaintiff.

**ORIGINAL TRANSCRIPT TO:**
J. David Wharton
Stinson Morrison Hecker LLP
1201 Walnut Street
Kansas City, MO 64106-2150
**ATTORNEY FOR PLAINTIFF**

Court Reporter: _Susan K. Today_

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

AERO TRANSPORTATION PRODUCTS, INC.,  )
                                     )
        Plaintiff,                   )
                                     )
vs.                                  )
                                     )   Civil Action No. 06-CV-837 JTM
MINER ENTERPRISES, INC. AND          )
POWERBRACE CORPORATION,              )
                                     )
        Defendants.                  )

## CERTIFICATE OF DEPOSITION TRANSCRIPT

Deposition of **Charles Dupin** was taken on behalf of the Plaintiff on **December 20, 2007**.

$ 510.94  paid by Plaintiff.

**ORIGINAL TRANSCRIPT TO:**
J. David Wharton
Stinson Morrison Hecker LLP
1201 Walnut Street
Kansas City, MO 64106-2150
**ATTORNEY FOR PLAINTIFF**

Court Reporter: _Susan K. Toclay_

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

AERO TRANSPORTATION PRODUCTS, INC., )
)
    Plaintiff, )
)
vs. )
)   Civil Action No. 06-CV-837 JTM
MINER ENTERPRISES, INC. AND )
POWERBRACE CORPORATION, )
)
    Defendants. )

## CERTIFICATE OF DEPOSITION TRANSCRIPT

Deposition of **Everett E. Engle** was taken on behalf of the Plaintiff on **January 7, 2008**.

$ __765.50__ paid by Plaintiff.

**ORIGINAL TRANSCRIPT TO:**
J. David Wharton
Stinson Morrison Hecker LLP
1201 Walnut Street
Kansas City, MO 64106-2150
**ATTORNEY FOR PLAINTIFF**

Court Reporter: _[signature]_

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| AERO TRANSPORTATION PRODUCTS, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>) Civil Action No. 06-CV-837 JTM<br>MINER ENTERPRISES, INC. AND )<br>POWERBRACE CORPORATION, )<br>)<br>Defendants. ) | |

## CERTIFICATE OF DEPOSITION TRANSCRIPT

Deposition of **Rudolph S. Fortuna** was taken on behalf of the Plaintiff on **December 13, 2007**.

$ 1082.00  paid by Plaintiff.

**ORIGINAL TRANSCRIPT TO:**
J. David Wharton
Stinson Morrison Hecker LLP
1201 Walnut Street
Kansas City, MO 64106-2150
**ATTORNEY FOR PLAINTIFF**

Court Reporter: *Mary K. Martin*

RECEIVED JUN 2 7 2008

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| AERO TRANSPORTATION PRODUCTS, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>MINER ENTERPRISES, INC. AND )<br>POWERBRACE CORPORATION, )<br>)<br>Defendants. ) | Civil Action No. 06-CV-837 JTM |

## CERTIFICATE OF DEPOSITION TRANSCRIPT

Deposition of _Lynn Hiser_, was taken on behalf of the Plaintiff, on _November 16_, 2007.

$ _841.50_ paid by Plaintiff.

**ORIGINAL TRANSCRIPT TO:**
J. David Wharton
Stinson Morrison Hecker LLP
1201 Walnut Street
Kansas City, MO 64106-2150
**ATTORNEY FOR PLAINTIFF**

Court Reporter: _Alison L. Strubberg, CSR_
_Alison L. Strubberg_
_Advantage Reporting Service_
_(309) 673-1881_
_Peoria, IL_

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

AERO TRANSPORTATION PRODUCTS, INC., )
)
    Plaintiff, )
)
vs. )
) Civil Action No. 06-CV-837 JTM
MINER ENTERPRISES, INC. AND )
POWERBRACE CORPORATION, )
)
    Defendants. )

## CERTIFICATE OF DEPOSITION TRANSCRIPT

Deposition of John A. Martin, was taken on behalf of the Plaintiff, on November 15, 2007, 2007.

$ 705.25 paid by Plaintiff.

**ORIGINAL TRANSCRIPT TO:**
J. David Wharton
Stinson Morrison Hecker LLP
1201 Walnut Street
Kansas City, MO 64106-2150
**ATTORNEY FOR PLAINTIFF**

Court Reporter:   _Jill A. Bleskey_
                                *Jill A. Bleskey* (signature)

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

AERO TRANSPORTATION PRODUCTS, INC., )
)
    Plaintiff, )
)
vs. )
) Civil Action No. 06-CV-837 JTM
MINER ENTERPRISES, INC. AND )
POWERBRACE CORPORATION, )
)
    Defendants. )

## CERTIFICATE OF DEPOSITION TRANSCRIPT

Deposition of **Brian A. Senn** was taken on behalf of the Plaintiff on **December 20, 2007**.

$ _433.99_ paid by Plaintiff.

**ORIGINAL TRANSCRIPT TO:**
J. David Wharton
Stinson Morrison Hecker LLP
1201 Walnut Street
Kansas City, MO 64106-2150
**ATTORNEY FOR PLAINTIFF**

Court Reporter: _Susan K. Today_

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

AERO TRANSPORTATION PRODUCTS, INC., )
                                                          )
    Plaintiff,                      )
                                                          )
vs.                                        )   Civil Action No. 06-CV-837 JTM
MINER ENTERPRISES, INC. AND  )
POWERBRACE CORPORATION,       )
                                                          )
    Defendants.                  )

## CERTIFICATE OF DEPOSITION TRANSCRIPT

Deposition of **Michael A. Weber** was taken on behalf of the Plaintiff on **January 15, 2008**.

$ 1,021.80    paid by Plaintiff.

**ORIGINAL TRANSCRIPT TO:**
J. David Wharton
Stinson Morrison Hecker LLP
1201 Walnut Street
Kansas City, MO 64106-2150
**ATTORNEY FOR PLAINTIFF**

Court Reporter:    *Linda Mc Mahon*